UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                Plaintiff,

-against-

                                          Case No. 7:98-mj-1516

Jason S. Stracher

                Defendant.
_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                          SO ORDERED.

                                          Hon. Martin R. Goldberg
                                          United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
       Poughkeepsie, New York